698

No. 566. LAFUENTE *v.* COUNTY OF LOS ANGELES. January 11, 1943. Petition for writ of certiorari to the Supreme Court of California denied. *Gretta Lafuente, pro se.*

No. 567. CARWILE *v.* VIRGINIA ET AL. January 11, 1943. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. Thomas H. Stone* for petitioner.

No. 568. CONSOLIDATED EXPANDED METAL Co. *v.* UNITED STATES GYPSUM Co. January 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Walter J. Blenko* and *Arthur J. Hudson* for petitioner. *Messrs. Arthur A. Olson* and *Albert H. Pendleton* for respondent.

No. 572. LAMBERT, EXECUTRIX, *v.* UNITED STATES. January 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. E. John Ernst, Jr.* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Vernon L. Wilkinson* and *Roger P. Marquis* for the United States.

No. 573. THOMSON, TRUSTEE, *v.* SEVIER, ADMINISTRATRIX. January 11, 1943. Petition for writ of certiorari to the Appellate Court, First District, of Illinois denied. *Mr. William T. Faricy* for petitioner. *Mr. John J. Yowell* for respondent.